UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

           -against-

James Jeremy Barbera

                      Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 Mag 13097

Defendant __James Jeremy Barbera__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

**X**   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

/s authorized electronic signature
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**James Jeremy Barbera**
Print Defendant's Name

_Karen Y. Bitar_ (signature)
_____
Defendant's Counsel's Signature

**Karen Y. Bitar**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/09/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge